IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY S. HOSKINS | * | |
| Plaintiff | * | |
| v. | * | |
| WAL-MART STORES EAST, LP d/b/a WAL-MART SUPERCENTER | * | |
| | * | **Case No.: 1:20-cv-03550-BPG** |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S RESPONSE TO DEFENDANT WAL-MART STORES EAST, LP'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, Jeffrey Hoskins, by and through his attorneys, Samuel O. Cole, and the Law Office of David Ellin, P.C., and respectfully submits this Response to Defendant's Motion for Summary Judgment.

In support of Plaintiff's Response, Plaintiff adopts and incorporates by reference the accompanying Memorandum of Law and exhibits as if fully set forth herein.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court deny Wal-Mart Stores East, LP's Motion for Summary Judgment, and grant any such further relief that this Honorable Court deems appropriate.

Respectfully Submitted,

*Samuel O. Cole*
Samuel O. Cole
Federal ID No.: 21563
scole@ellinlaw.com
David Ellin
Federal ID No.: 25128
dellin@ellinlaw.com

1

Law Office of David Ellin, P.C.
154 Westminster Pike
Reisterstown, MD 21136
410 833 0044
410 833 0442 FAX

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2021, a true and correct copy of Plaintiff's Response to Defendant Wal-Mart Stores East, LP's Motion for Summary Judgment, Memorandum in Support and exhibits thereto, were filed and served on Defendant's counsel as identified below, via the Court's CM/ECF system, and that a copy of Plaintiff's filed documents may be obtained from the CM/ECF system.

Christopher R. Dunn, Esquire
Federal Bar #05278
cdunn@decarodoran.com
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
17251 Melford Blvd.
Suite 200
Bowie, MD 20715
(301) 352-4950

*Counsel for Defendant*

        *Samuel O. Cole*
Samuel O. Cole
Federal ID No.: 21563
scole@ellinlaw.com
David Ellin
Federal ID No.: 25128
dellin@ellinlaw.com
Law Office of David Ellin, P.C.
154 Westminster Pike
Reisterstown, MD 21136
410 833 0044
410 833 0442 FAX

*Counsel for Plaintiff*

2